**Henry J. STEELE, Plaintiff–Appellant,**

v.

**Donald MOBLEY; Clarence Lee Faulcon; Peter B. Woglom; Caroline Taylor, Defendants–Appellees.**

**No. 16-7209**

United States Court of Appeals,
Fourth Circuit.

Submitted: November 17, 2016

Decided: November 22, 2016

Henry J. Steele, Appellant Pro Se. Joseph Finarelli, Special Deputy Attorney General, Raleigh, North Carolina; John W. Holton, John Walton Minier, YATES, MCLAMB & WEYHER, LLP, Raleigh, North Carolina; Kelly Street Brown, Elizabeth Pharr McCullough, YOUNG MOORE & HENDERSON, PA, Raleigh, North Carolina, for Appellees.

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry J. Steele seeks to appeal the district court's order dismissing two named defendants in his 42 U.S.C. § 1983 (2012) action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Steele seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED